WATSON ROUNDS
Michael D. Rounds, Esq.
Nevada Bar No. 4734
mrounds@watsonrounds.com
Adam Yowell, Esq.
Nevada Bar No. 11748
ayowell@watsonrounds.com
Steven A. Caloiaro, Esq.
Nevada Bar No. 12344
scaloiaro@watsonrounds.com
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100

*Attorneys for Defendant
Colorado Belle Gaming, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COLORADO BELLE GAMING, LLC,<br><br>Defendant. | Case No.: 2:15-cv-01095-JAD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Hawk Technology Systems, LLC ("Plaintiff") and Defendant Colorado Belle Gaming, LLC ("Defendant") stipulate to extend the time for Defendant to respond to Plaintiff's Complaint from July 10, 2015 to August 10, 2015. Plaintiff filed the Complaint on June 9, 2015 and served it on June 19, 2015.

This is the first requested extension of this deadline and is made to allow Defendant sufficient time to prepare its response to the Complaint. This is a patent case, and Defendant needs the additional time to investigate and analyze the issue of alleged infringement as well as several invalidity defenses.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: June 29, 2015

Date: June 29, 2015                    Respectfully submitted,

/s/ *Michael D. Rounds*
WATSON ROUNDS
Michael D. Rounds, Esq.
Nevada Bar No. 4734
mrounds@watsonrounds.com
Adam Yowell, Esq.
Nevada Bar No. 11748
ayowell@watsonrounds.com
Steven A. Caloiaro, Esq.
Nevada Bar No. 12344
scaloiaro@watsonrounds.com
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100

*Attorneys for Defendant*
*Colorado Belle Gaming, LLC*

Date: June 29, 2015                    LAW OFFICE OF RAFFI A. NAHABEDIAN

/s/ *Raffi A. Nahabedian*
Raffi A. Nahabedian
Nevada Bar No. 9347
7408 Doe Avenue
Las Vegas, Nevada 89117
Telephone: (702) 379-9995

*Attorney for Plaintiff*
*Hawk Technology Systems, LLC*

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**

2