**Raffi A. Nahabedian, Esq.**
Law Office of Raffi A. Nahabedian
7408 Doe Avenue
Las Vegas, NV 89117
Phone No. 702-379-9995
Fax No.: 702-222-1496
Email: raffi@nahabedianlaw.com

*Attorneys for Plaintiff*
**Hawk Technology Systems, LLC**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COLORADO BELLE GAMING, LLC, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | Case No: 2:15-cv-01095-JAD-NJK <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM [CM/ECF NO 10]** <br><br> (FIRST REQUEST) |

Plaintiff, Hawk Technology Systems, LLC ("Plaintiff") and Defendant Colorado Belle Gaming, LLC ("Defendant"), hereby stipulate to an extension of the time within which Plaintiff may file its response to Defendant's Answer, Affirmative Defenses and Counterclaim from August 31, 2015 to September 30, 2015. Defendant filed its Answer, Affirmative Defenses and Counterclaim on August 10, 2015.

The parties are currently engaged in settlement negotiations, and this Stipulation is not being filed for purposes of delay but rather is necessitated by ongoing settlement negotiations between the parties.

Dated: August 31, 2015

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 1, 2015

| | | |
|---|---|---|
| Dated: August 31, 2015 | | LAW OFFICE OF RAFFI A. NAHABEDIAN |
| | By: | /s/ *Raffi A. Nahabedian* <br> Raffi A. Nahabedian <br> Nevada Bar No. 9347 <br> 7408 Doe Avenue <br> Las Vegas, Nevada 89117 <br> Telephone: (702) 379-9995 <br> *Attorney for Plaintiff* <br> *Hawk Technology Systems, LLC* |
| Dated: August 31, 2015 | | WATSON ROUNDS |
| | By: | /s/ *Michael D. Rounds* <br> Michael D. Rounds, Esq. <br> Nevada Bar No. 4734 <br> mrounds@watsonrounds.com <br> Adam Yowell, Esq. <br> Nevada Bar No. 11748 <br> ayowell@watsonrounds.com <br> Steven A. Caloiaro, Esq. <br> Nevada Bar No. 12344 <br> scaloiaro@watsonrounds.com <br> 5371 Kietzke Lane <br> Reno, Nevada 89511 <br> Telephone: (775) 324-4100 <br> *Attorneys for Defendant* <br> *Colorado Belle Gaming, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Raffi A. Nahabedian*
Raffi A. Nahabedian