1  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   Michael D. Rounds
2  Nevada Bar No. 4734
   Steven A. Caloiaro
3  Nevada Bar No. 12344
   5371 Kietzke Lane
4  Reno, NV 89511
   Telephone: (775) 324-4100
5  Facsimile: (775) 333-8171
   Email: mrounds@bhfs.com
6  Email: scaloiaro@bhfs.com

7  *Attorneys for Defendant*
   *Colorado Belle Gaming, LLC*

8

9              **UNITED STATES DISTRICT COURT**

10                **DISTRICT OF NEVADA**

11

12  HAWK TECHNOLOGY SYSTEMS, LLC,          CASE NO.: 2:15-cv-01095-JAD-NJK

13              Plaintiff,                  **STIPULATION AND ORDER FOR
                                            EXTENSION OF TIME TO FILE
14              v.                          PROPOSED DISCOVERY PLAN AND
                                            SCHEDULING ORDER**
15  COLORADO BELLE GAMING, LLC,

16              Defendant.                  **(FIRST REQUEST)**

17

18
        Plaintiff Hawk Technology Systems, LLC ("Plaintiff") and Defendant Colorado Belle
19
    Gaming, LLC ("Defendant") stipulate to extend the time for the parties to jointly file the
20
    Proposed Discovery Plan and Scheduling Order from September 24, 2015 to October 5, 2015.
21
        At the time of filing the instant Stipulation, the parties are nearing settlement that would
22
    resolve the litigation. This first requested extension is to allow the parties additional time to
23
    finalize the Settlement Agreement.
24

25

26

27

28

1

Date: September 25, 2015

Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ *Michael D. Rounds*
Michael D. Rounds
Nevada Bar No. 4734
Steven A. Caloiaro
Nevada Bar No. 12344
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@bhfs.com
Email: scaloiaro@bhfs.com

*Attorneys for Defendant*
*Colorado Belle Gaming, LLC*

Date: September 25, 2015

LAW OFFICE OF RAFFI A. NAHABEDIAN

/s/ *Raffi A. Nahabedian*
Raffi A. Nahabedian
Nevada Bar No. 9347
7408 Doe Avenue
Las Vegas, Nevada 89117
Telephone: (702) 379-9995

*Attorney for Plaintiff*
*Hawk Technology Systems, LLC*

**IT IS SO ORDERED:**

_____

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** September 28, 2015