**Raffi A. Nahabedian, Esq.**
Law Office of Raffi A. Nahabedian
7408 Doe Avenue
Las Vegas, NV 89117
Phone No. 702-379-9995
Fax No.: 702-222-1496
Email: raffi@nahabedianlaw.com

*Attorneys for Plaintiff*
**Hawk Technology Systems, LLC**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No: 2:15-cv-01095-JAD-NJK |
| ) | |
| v. ) | |
| ) | |
| COLORADO BELLE GAMING LLC ) | **STIPULATION AND ORDER FOR** |
| ) | **DISMISSAL, WITH PREJUDICE, OF** |
| Defendant. ) | **THE ENTIRE ACTION** |
| ) | |
| ) | |
| _____ ) | |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties to this lawsuit hereby Stipulate to Dismiss, with prejudice, the entire action and counterclaims that have been filed and served by Plaintiff/Counterdefendant HAWK TECHNOLOGY SYSTEMS, LLC, and Defendant/Counterplaintiff COLORADO BELLE GAMING LLC.

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE

1   |   Accordingly, it is hereby requested by Plaintiff/Counterdefendant and

2   Defendant/Counterplaintiff that the entire matter be dismissed, with prejudice.  Each

3   side will bear its own attorneys' fees and costs.

4   <u>**ORDER**</u>

5   |   Based on the parties' stipulation, IT IS HEREBY ORDERED this action is

6   DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of

7   Court is instructed to close this case.

8   |   Dated:  October 27, 2015.   _____

9   |   UNITED STATES DISTRICT JUDGE

10  Dated: October 26, 2015                     LAW OFFICE OF RAFFI A. NAHABEDIAN

11

12  By:     /s/ *Raffi A. Nahabedian*
        Raffi A. Nahabedian
13      Nevada Bar No. 9347
        raffi@nahabedianlaw.com
14      7408 Doe Avenue
        Las Vegas, Nevada 89117
15      *Attorney for Plaintiff*
        *Hawk Technology Systems, LLC*

16  Dated: October 26, 2015                     WATSON ROUNDS

17  By:     /s/ *Michael D. Rounds*
        Michael D. Rounds, Esq.
18      Nevada Bar No. 4734
        mrounds@watsonrounds.com
19      Steven A. Caloiaro, Esq.
        Nevada Bar No. 12344
20      scaloiaro@watsonrounds.com
        5371 Kietzke Lane
21      Reno, Nevada 89511
        Telephone: (775) 324-4100
22      *Attorneys for Defendant*
        *Colorado Belle Gaming, LLC*

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE